DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 2547
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No. 12717
DEREK LINFORD, ESQ.
Nevada Bar No. 14909
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:    (702) 363-5101
E-mail: dmortensen@messner.com
        cchristopher@messner.com
        dlinford@messner.com
Attorneys for Defendant
   *The Heights of Summerlin, LLC*
   *And Summit Care, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA SMITH, individually and as heir to GEORGE L. WOODS, JR., her deceased Father, and JOHN DOES ADMINISTRATOR, as Special Administrator of THE ESTATE OF GEORGE L. WOODS, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>THE HEIGHTS OF SUMMERLIN, LLC; SUMMIT CARE, LLC; GENESIS HEALTHCARE, INC.; DOES 1-10, inclusive, and, ROE CORPORATIONS, 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01685<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Defendants The Heights of Summerlin, LLC and Summit Care, LLC to file their Opposition to Plaintiffs' Motion to Remand (ECF No. 9, filed on October 1, 2021), currently due October 15, 2021, be extended through October 20, 2021. This is Defendants' second

request for an extension and this Stipulation is submitted in good faith without the purpose of undue delay.

Defendants filed their first request for an extension by way of Stipulation on October 15, 2021 (ECF No. 18, filed on October 15, 2021). The Court issued a Minute Order on October 18, 2021, denying the Stipulation without prejudice, instructing the parties to submit a Stipulation that complies with LR IA 6-1 and explains the reason that the extension is needed.

Courtney Christopher, Esq., counsel for Defendants, is the responsible attorney for the day-to-day management and handling of this case. Ms. Christopher has experienced a family emergency related to the health of her spouse that necessitated the need for the requested extension. This request is submitted in good faith without the purpose of undue delay.

| | |
|---|---|
| DATED this 18$^h$ day of October, 2021. | DATED this 18th day of October, 2021. |
| MESSNER REEVES LLP | F. TRAVIS BUCHANAN, ESQ. & ASSOC., PLLC |
| /s/ Courtney Christopher | /s/ Travis Buchanan |
| David J. Mortensen, Esq. (NBN 2547)<br>Courtney Christopher, Esq. (NBN 12717)<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants*<br>*The Heights of Summerlin, LLC,*<br>*and Summit Care, LLC* | F. Travis Buchanan, Esq. (NBN 009371)<br>701 E. Bridger Ave., Suite 540<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 10-20-21, nunc pro tunc to 10-15-21