# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SYLVIA SMITH, et al.,

    Plaintiff(s),

v.

HEIGHTS OF SUMMERLIN, LLC, et al.,

    Defendant(s).

Case No. 2:21-cv-01685-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 22, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: November 15, 2021

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge